**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-00469-SI** |
| **v.** | **INFORMATION** |
| **DREW G. PUZAK,** | **18 U.S.C. § 1709** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Theft of Mail by Postal Employee)**
**(18 U.S.C. § 1709)**

On or about April 28, 2026, in the District of Oregon, defendant **DREW G. PUZAK**, being employed by the United States Postal Service, did embezzle an article of mail and did steal cash therefrom, which had been sent by Adult Victim 1, and had been entrusted with postage paid to the United States Postal Service and to defendant for delivery,

In violation of Title 18, United States Code, Section 1709.

Dated: November 9, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Andrew T. Ho*
ANDREW T. HO
Assistant United States Attorney